**UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DEBORAH K. HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| *vs.* ) | **CAUSE NO. 1:12-cv-1306-DKL-RLY** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

This Cause is hereby **DISMISSED** for lack of subject-matter jurisdiction, as explained in the Court's Entry of this date.

**DONE this date:** 09/26/2014

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.